**Michael T. Clarke, OSB #051362**
mike@clarkegriffin.com
CLARKE GRIFFIN, LLC
52490 SE 2nd St., Ste. 150
Scappoose, OR 97056
Tel: (503) 543-4800
Fax: (888) 543-4806

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CATHLEEN OWEN**, an individual; and **GREG OWEN**, an individual,

Plaintiffs,

v.

**DEER POINT MEADOWS INVESTMENTS LLC, dba WESTERN HILLS MOBILE HOME ESTATES,** a Washington limited liability company; and **MICHAEL WERNER**, an individual,

Defendants.

CV No.: 3:14-cv-01525-MO

NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby notify the Court that they are voluntarily dismissing their complaint as against all Defendants. Defendants have not yet filed an answer or appearance in this matter.

It is hereby ORDERED AND ADJUDGED that the above captioned matter be dismissed without prejudice and without costs or attorney fees to any party.

DATED this _____ day of _____________, 2014.

_________________________________

Submitted by:

_________________________________

**Michael T. Clarke, OSB #051362**
mike@clarkegriffin.com
CLARKE GRIFFIN, LLC